CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
6/10/2024
LAURA A. AUSTIN, CLERK
BY: s/ Christel Kemp
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| WAYNE T., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:23cv00030 |
| | ) | |
| v. | ) | **JUDGMENT ORDER** |
| | ) | |
| MARTIN O'MALLEY, | ) | By:   Hon. Thomas T. Cullen |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

Having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is hereby **ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure for Plaintiff Wayne T.

The clerk is directed to forward a copy of this Judgment Order to the parties.

**ENTERED** this 10th day of June, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE